IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R.S.R. CORPORATION, et al.,

      Plaintiffs,     No. 2:12-mc-0110 MCE KJN

      v.

AARON FERER & SONS, CO., et al.

      Defendants.    ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR IRA ROSS, PRINCIPAL, I.G.R., INC., A SUSPENDED CALIFORNIA CORPORATION

_____/

      Presently before the court is an application for an order requiring examination of defendant/judgment debtor Ira Ross, principal of I.G.R., Inc., a suspended California corporation, filed by Richard G. Hyppa, the assignee of record of a judgment entered against I.G.R., Inc. on July 12, 2011 in the United States District Court for the Central District of California. (Dkt. No. 1.)[1]

      Having concluded that the application makes the showing required by Rule 69(a)(2) of the Federal Rules of Civil Procedure and California Code of Civil Procedure section 708.110, the court ORDERS AS FOLLOWS:

---

[1] This matter proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(11) and 28 U.S.C. § 636(b)(1).

1

Defendant/judgment debtor Ira Ross, principal of I.G.R., Inc., a suspended California corporation, shall personally appear on January 15, 2013, at 9:30 a.m. in Courtroom No. 25 of the United States District Court Courthouse, located at **501 "I" Street, Sacramento, California, 95814**, to answer questions to aid in enforcement of the judgment.

## NOTICE TO JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**[1]

IT IS SO ORDERED.

DATED: December 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See Cal. Civ. Proc. Code section 708.110(e).

2